July 24, 1908.). Action by Minnie E. O'Connor and others against George J. Bauer. No opinion. Order previously entered herein amended, so as to award costs and disbursements to plaintiffs. In all other respects motion is denied, without costs. See 111 N. Y. Supp. 869.

O'CONNOR, Respondent, v. MANLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by John J. O'Connor against Lucius N. Manley and John W. Petry, as executors, etc., of Mary Appleton, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

O'CONNOR, Respondent, v. RED STAR TRADING STAMP CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Anna M. O'Connor against the Red Star Trading Stamp Company. No opinion. Judgment and order affirmed, with costs.

OLDMIXON, Respondent, v. SEVERANCE, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by John C. Oldmixon against William H. Severance. I. H. Harris, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 119 App. Div. 821, 104 N. Y. Supp. 1042.

OLMSTEAD, Respondent, v. F. W. WOOLWORTH & CO., Appellants. (Supreme Court Appellate Division, First Department. October 16, 1908.) Action by Allen S. Olmstead against F. W. Woolworth & Co. A. Foulds, Jr., for appellants. O. W. Jeffery, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OLSHAN, Respondent, v. OLSHAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Bella Olshan against Samuel Olshan.

PER CURIAM. Motion for stay granted, upon condition that the defendant pay to the plaintiff within 10 days all arrears of alimony; otherwise, motion denied, with $10 costs. The order may also provide for weekly payments to plaintiff of $10 until the determination of this appeal.

ONE DOLLAR SKIRT CO. v. GLUCK. (Supreme Court, Appellate Division. First Department. November 6, 1908.) Action by the One Dollar Skirt Company against Sidonie Gluck. From an order denying an injunction pendente lite, plaintiff appeals. Affirmed. Nelson L. Keach, for appellant. S. M. Kronheimer, for respondent.

PER CURIAM. Whether or not the plaintiff is entitled to an injunction in this case should be determined upon the trial of the action. The order appealed from should be affirmed, with $10 costs and disbursements.

O'NEIL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Martha A. O'Neil against the city of New York. No opinion. Motion denied.

O'ROURKE v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Belinda J. O'Rourke against the board of education. No opinion. Motion granted, with $10 costs. Order filed.

OSBORN, Appellant, v. WILLS, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by John Osborn against Charles T. Wills. No opinion. Judgment affirmed, with costs.

OSBORNE, Appellant, v. O'NEIL, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Mary E. Osborne against Daniel O'Neil. R. J. Donovan, for appellant. W. J. Martin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

OTIS, Respondent, v. SANDLER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Walker L. Otis against Julius S. Sandler and others. B. Frindel, for appellants. A. E. Pressinger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OUDERKIRK et al., Appellants, v. BAYLESS PULP & PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Firman Ouderkirk and another against the Bayless Pulp & Paper Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

OZOGAR, Respondent, v. PIERCE, BUTLER & PIERCE MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Andrew Ozogar against the Pierce, Butler & Pierce Manufacturing Company. No opinion. Order affirmed, with costs. See, also, 55 Misc. Rep. 579, 105 N. Y. Supp. 1087.

PACIFIC COAST BORAX CO., Respondent, v. WARING, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by the Pacific Coast Borax Company against Vechten Waring. No opinion. Motion granted. See, also, 112 N. Y. Supp. 458.

PARAGON PLASTER CO., Respondent, v. CRUCIBLE STEEL CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by the Paragon Plaster Company against the Crucible Steel Company of America. No opinion. Motion granted, and order of reversal previously entered modified nunc pro tunc, so as to provide for reversal of that part of the order only which grants an additional allowance.

PARK, Respondent, v. RICHMOND LIGHT & R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. October 16,